**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sharon Stephanie Anderson aka Sharon S. Anderson aka Sharon Anderson fdba Cranberry Manor Bed and Breakfast<br>Debtor(s) | BK NO. 21-00332 RNO<br><br>Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

    Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
01 Mar 2021, 12:07:28, EST


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322