

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

April 8, 2021

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

        *RE:   Sharon Anderson*
               *Case No. 5:21-00332*

Dear Clerk:

    We have been informed by our client(s), Sharon Anderson that she has a new address, as follows:

        7119 Woodland Lane
        Alpharetta, GA 30009

    Please correct the docket and mailing matrix accordingly.  Thank you.

                        Very truly yours,

                        */s/ Vincent Rubino*

                        Vincent Rubino