| | |
|---|---|
| In re: | Case No. 21-00332-HWV |
| Sharon Stephanie Anderson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2021 | Form ID: 318 | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Stephanie Anderson, 7119 Woodland Lane, Alpharetta, GA 30009-8723 |
| 5391456 | + | AHMDU AUTEFEH, 731 MARTENS LANE, SPRINGFIELD, PA 19064-1210 |
| 5391457 | | AMANDA GESCHWINDT, 1015 NORTH WALKER AVENUE, HERMITAGE, PA 16148 |
| 5391459 | + | AMERIGAS, 1495 ROCKDALE LANE, STROUDSBURG, PA 18360-6432 |
| 5391460 | | ANGELA MERCADO, 611 WINDY ROAD, HATBORO, PA 19040 |
| 5391461 | + | ANNE LOUISE HYDALL, 7413 WILLOW CREEK DRICE, CHARLOTTE, NC 28270-2854 |
| 5391463 | + | ASHLEY RAU, 668 A1 MARSHALL ROAD, HILLSBOROUGH, NJ 08844-5328 |
| 5391464 | #+ | ASIA LILLEY, 157 OLYMPIA, PITTSBURGH, PA 15211-1366 |
| 5391465 | + | BERKHEIMER TAX ADMINISTRATION, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5391466 | + | BILL SCHAEFER, 83 TIPTON DRIVE E, SHIRLEY, NY 11967-3616 |
| 5391468 | | BUREAU OF BUSINESS TRUST, FUND TAXES, PO BOX 280904, HARRISBURG, PA 17128-0904 |
| 5391467 | | BUREAU OF BUSINESS TRUST, FUND TAXES, PO BOX 280905, HARRISBURG, PA 17128-0904 |
| 5391469 | + | CARA KNOOREN, 123 CLEMS RUN ROAD, MULLICA HILL, NJ 08062-2859 |
| 5391470 | + | CAROL BRIGHAM, 2207 NEW ALBANY ROAD, RIVERTON, NJ 08077-3538 |
| 5391471 | + | CASEY DUNN, 110 WILDE ROCK ROAD, VERONA, NJ 07044-1524 |
| 5391473 | + | CHRIS WHITE, 141 HEMLOCK ROAD, TANNERSVILLE, PA 18372-7763 |
| 5391474 | + | CHRISTOPHER SPRAGUE, 87 CEDAR STREET, ISLIP, NY 11751-2232 |
| 5391476 | | CITIZENS BANK, ASSET RECOVERY, RIVERSIDE, RI 02915-3019 |
| 5391479 | | CONTRACT CALLERS INC., PO BOX 660288, DALLAS, TX 75266-0288 |
| 5391481 | | CYNDA KOGDEN, 5125 THIRD STREET, NEWPORT, PA 17074 |
| 5391482 | + | CYSTIC FIBROSIS, 1816 WALLACE STREET, STROUDSBURG, PA 18360-2729 |
| 5391483 | + | DANIELLA PORZECANSKI, 211 WEST 71ST STREET, 16B, NEW YORK, NY 10023-3769 |
| 5391484 | + | DAVE & JUDY KANDI, 115 MURPHY LANE, FALLING WATERS, WV 25419-3987 |
| 5391485 | + | DEBBIE INTVELD, 61 WOODLAND DRIVE, VERNON, NJ 07462-3510 |
| 5391486 | + | DIANE DUDECK, 229 SNOW VALLEY DRIVE, DRUMS, PA 18222-1133 |
| 5391487 | | DIANE KOEHLER, 340 BARODONA DRIVE, TOMS RIVER, NJ 08753 |
| 5391488 | + | ELIZABETH HUMINISKI, 2153 HOLLY LANE, RIVERTON, NJ 08077-3437 |
| 5391489 | + | ENCORE RECEIVABLE MANAGEMENT, PO BOX 3330, OLATHE, KS 66063-3330 |
| 5391490 | + | ERIC BUSILLO, 1725 LIGHT STREET, UNIT 2, BALTIMORE, MD 21230-4918 |
| 5391491 | + | ERIN GULLO, 21 LAKESIDE DRIVE, MARLTON, NJ 08053-2704 |
| 5391492 | | FRANK QUINN, 235 MARKET STREET, 5TH FLOOR, CHESTER, PA 19013 |
| 5391494 | + | GINABAR ESTELLA, 506 ROUND TABLE DRIVE, NAZARETH, PA 18064-8815 |
| 5391495 | + | JENNIFER ARONS, 826 PLEASURE ROAD, LANCASTER, PA 17601-4440 |
| 5391496 | + | JENNIFER KELLEY, 1804 MAUMEE AVENUE, ALLENTOWN, PA 18103-4279 |
| 5391497 | + | JOAN LIASHENKO, 3343 CLEVELAND STREET, MINNEAPOLIS, MN 55418-1530 |
| 5391498 | + | JULIE PEREZ, 4404 LAKE IN THE WOODS, SPRING HILL, FL 34607-2519 |
| 5391499 | + | KELLI FRABLE, 202 SOUTH 3RD STREET, COOPERSBURG, PA 18036-2150 |
| 5391500 | | KERI BURLEW, 21 MORYER COURT, FREEHOLD, NJ 07728 |
| 5391501 | | KETTLE CREEK ENVIRONMENTAL CENTER, 120 CABIN CREEK LANE, EAST STROUDSBURG, PA 18302 |
| 5391503 | | KRIS SOLBERG, 262 NORTH RUTHERFORD AVENUE, BRIGHTWATERS, NY 11718 |
| 5391504 | | KRISTINA DAZIDOWSKI, 59 ANAPAULA DRIVE, EL PASO, TX 79932 |
| 5391505 | + | LAURIE KAUFMAN, 226 WILLOW DRIVE, MAHOPAC, NY 10541-1125 |

| | | |
|---|---|---|
| 5391506 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 781733, PHILADELPHIA, PA 19178-1733 |
| 5391508 | + | MARGARITA DIAZ, 120-21 101 AVENUE, SPRINGFIELD GARDENS, NY 11419-1324 |
| 5391509 | + | MARYANN GIBBONS, 14 WEST HYLAND DRIVE, NEW RINGGOLD, PA 17960-8916 |
| 5391510 | + | MATTHEW MULVEY, 641 TENNENT ROAD, ENGLISHTOWN, NJ 07726-3141 |
| 5391511 | | MERCANTILE ADJUSTMENT BUREAU, 165 LAWRENCE BELL DRIVE, SUITE 100, WILLIAMSVILLE, NY 14221-7900 |
| 5391512 | | MICHAEL KIERNAM, 6539 HOLLOW DRIVE, GOODVILLE, PA 17528 |
| 5391513 | | MICHELLE PATHER, 8 WAVERLY PLACE, CLIFTON, NJ 07011 |
| 5391514 | + | MIKE KASZYSKI, 5518 WILLOW WAY, OREFIELD, PA 18069-9088 |
| 5391515 | | PENN CREDIT (P), PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5391516 | + | PHILLIP WEINER, 30 CANYON DRIVE, BERLIN, NJ 08009-1412 |
| 5391517 | + | PHYLLIS PANDISCIA, 30 PARKER DRIVE, MORRIS PLAINS, NJ 07950-2438 |
| 5391519 | + | RAMOS MILAGROS, 3450 BAYCHESTER AVENUE, BRONX, NY 10475-1407 |
| 5391520 | + | REBECCA BEISTINE, 2040 MARKET STREET, MIDDLETOWN, PA 17057-3421 |
| 5391521 | + | RICHARD METZ, 2034 VALLEY ROAD, MARYSVILLE, PA 17053-9729 |
| 5391522 | + | RICK MCFARLAND, 840 ROANOAK COURT, RAMSEY, NJ 07446-2916 |
| 5391523 | + | ROWENDA SCHROEDER, 1934 PARK RIDGE DRIVE, NARVON, PA 17555-9500 |
| 5391524 | + | RUTHIE WEAVER, 62 HAWTHORNE LANE, BOYERTOWN, PA 19512-8177 |
| 5391525 | + | SAAD YVES, 857A ROUTE 57, STEWARTSVILLE, NJ 08886-2103 |
| 5391526 | + | SABRINA EVANGELIST, 1707 DARTMOUTH DRIVE, NORRISTOWN, PA 19401-5412 |
| 5391527 | + | SALLY TIERNO, 114 NEW YORK AVENUE, BERGENFIELD, NJ 07621-1427 |
| 5391528 | + | SHELLY OZANNE, 1226 WEST BROAD STREET, QUAKERTOWN, PA 18951-1230 |
| 5391529 | | SUNRISE CREDIT SERVICES, PO BOX 9100, FARMINGDALE, NY 11735-9100 |
| 5391530 | + | TIMONTY SCANLON, 26 BRANT STREET, EAGLEVILLE, PA 19403-1311 |
| 5391531 | | TONY PANDISCIA, 56 WARREN STREET, SPARTA, NJ 07871 |
| 5391532 | + | VICKI BARNETT, 571 LORD FAIRFAX STREET, CHARLES TOWN, WV 25414-2529 |
| 5391533 | + | WENDY WILD, 336 MAPLE AVENUE, MILLERSVILLE, PA 17551-1530 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 11 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391458 | + | EDI: AMEREXPR.COM | Jun 11 2021 22:53:00 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5391475 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 11 2021 18:59:00 | CITIZENS BANK, 1 CITIZENS DRIVE, RIVERSIDE, RI 02915-3019 |
| 5391477 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 11 2021 18:59:00 | CITIZENS BANK, ASSET RECOVERY ROP25B, ONE CITIZENS DRIVE, RIVERSIDE, RI 02915-3019 |
| 5391478 | + | Email/Text: compliance@contractcallers.com | Jun 11 2021 18:59:00 | CONTRACT CALLERS INC, 501 GREEN ST 3RD FL STE 302, AUGUSTA, GA 30901-4415 |
| 5391480 | + | EDI: CONVERGENT.COM | Jun 11 2021 22:53:00 | CONVERGENT, PO BOX 9004, RENTON, WA 98057-9004 |
| 5391493 | + | EDI: RMSC.COM | Jun 11 2021 22:53:00 | GECRB/CARE CREDIT, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5391472 | | EDI: JPMORGANCHASE | Jun 11 2021 22:53:00 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5391502 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2021 18:59:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5391507 | | Email/Text: camanagement@mtb.com | Jun 11 2021 18:59:00 | M&T BANK, PO BOX 62182, BALTIMORE, MD 21264-2182 |
| 5391518 | | EDI: PRA.COM | Jun 11 2021 22:53:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4962 |
| 5391628 | + | EDI: RMSC.COM | Jun 11 2021 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 11, 2021 | Form ID: 318 | Total Noticed: 80 |

23541-1021

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5391462 | ##+ | ANTHONY REISINGER, 5 BERYL ROAD, CHELTENHAM, PA 19012-1205 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Sharon Stephanie Anderson lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sharon Stephanie Anderson**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2434<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21–bk–00332–HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon Stephanie Anderson
aka Sharon S. Anderson, aka Sharon Anderson,
fdba Cranberry Manor Bed and Breakfast

6/11/21

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**